IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DEUTSCHE BANK NATIONAL TRUST, *et al.*,

    Plaintiffs,

vs.

THUNDER PROPERTIES INC., *et al.*,

    Defendants.
_____/

3:16-cv-00381-HDM-WGC

ORDER

The undersigned Judge having determined that recusal is warranted, IT IS ORDERED that the undersigned Judge recuses himself from this action.

IT IS FURTHER ORDERED that this matter be referred to the Chief Judge for reassignment

It is so Ordered.

Dated this 26th day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE