WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Ste. 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
yli@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, formerly known as Bankers Trust Company of California, N.A., as Trustee for American Home Mortgage Assets Trust 2006-1*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, FORMERLY KNOWN AS BANKERS TRUST COMPANY OF CALIFORNIA, N.A., AS TRUSTEE FOR AMERICAN HOME MORTGAGE ASSETS TRUST 2006-1,<br><br>Plaintiff,<br><br>vs.<br><br>THUNDER PROPERTIES INC.; EDGEWATER HOMEOWNERS ASSOCIATION; KERN & ASSOCIATES, LTD.; DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 3:16-cv-00381-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE ITS RESPONSES TO EDGEWATER HOMEOWNERS ASSOCIATION'S MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT**<br><br>**[FIRST REQUEST]** |

COMES NOW Plaintiff, DEUTSCHE BANK NATIONAL TRUST COMPANY, FORMERLY KNOWN AS BANKERS TRUST COMPANY OF CALIFORNIA, N.A., AS TRUSTEE FOR AMERICAN HOME MORTGAGE ASSETS TRUST 2006-1 ("Deutsche Bank"), and Defendant, EDGEWATER HOMEOWNERS ASSOCIATION ("HOA") by and through their undersigned counsels, and hereby jointly submit the following Stipulation to extend

time for Deutsche Bank to file its Responses to HOA's Motion to Dismiss [ECF No. 20] and HOA's Motion to Dismiss/Motion for Summary Judgment [ECF No. 23].

1. Deutsche Bank filed its Complaint commencing the instant action on June 27, 2016 [ECF No. 1].

2. Deutsche Bank filed its First Amended Complaint on September 27, 2017 [ECF No. 16].

3. On October 24, 2017, HOA filed its Motion to Dismiss Claims by Deutsche Bank in its First Amended Complaint [ECF No. 20], a Response to which is currently due to be filed by November 14, 2017.

4. On October 25, 2017, HOA filed its Motion to Dismiss/Motion for Summary Judgment Claims by Deutsche Bank in its First Amended Complaint [ECF No. 23], a Response to which is currently due to be filed by November 8, 2017.

5. As the HOA's Motions referenced above are identical, Deutsche Bank intends to file identical Responses to both Motions.

6. Deutsche Bank counsel reached out and obtained consent from counsel for HOA to allow Deutsche Bank up to and including November 17, 2017 to file its Responses.

7. The Parties further agree that HOA may have up to and including December 4, 2017 to file its Replies in support of the above Motions.

///

///

///

8. This is the Parties' first request for an extension and is not intended to cause any undue delay or prejudice to any party in this action.

Respectfully submitted this 8th day of November, 2017.

| | |
|---|---|
| **WRIGHT, FINLAY & ZAK, LLP** <br> *Attorneys for Plaintiff* | **LIPSON, NEILSON, COLE, SELTZER & GARIN P.C.** |

By: */s/ Yanxiong Li, Esq.*
DANA JONATHON NITZ, ESQ.
Nevada Bar No. 0050
YANXIONG LI, ESQ.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
E-Mail: yli@wrightlegal.net
*Attorneys for Plaintiff*

By: */s/ David T. Ochoa, Esq.*
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
DAVID T. OCHOA, ESQ..
Nevada Bar No. 10414
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
E-Mail: dochoa@lipsonneilson.com
*Attorneys for
Edgewater Homeowners Association*

## **ORDER**

IT IS SO ORDERED.

DATED: November 9, 2017

_____
UNITED STATES DISTRICT JUDGE